AGNES M. JOHNSON *v.* ST. MARY'S HOSPITAL

[No. 120, September Term, 1981.]

*Decided February 8, 1982.*

The cause was argued before SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ., and J. DUDLEY DIGGES, Associate Judge of the Court of Appeals (retired), specially assigned.

*Richard D. Fritz,* with whom was *Joseph Ernest Bell, II* on the brief, for appellant.

*Robert E. Powell,* with whom were *John R. Penhallegon* and *Smith, Somerville & Case* on the brief, for appellee.

PER CURIAM:

Since the appeal here is not from a final judgment, see Code (1974, 1980 Repl. Vol.), § 12-301, Courts and Judicial Proceedings Article, or from such an interlocutory order or judgment as is specified in § 12-303, the Court is without jurisdiction to hear it. Accordingly, the appeal must be dismissed.

> *Appeal dismissed; appellant to pay the costs.*